# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| SALSA SOLAR ENERGY, LLC; and TOWNER WIND ENERGY III, LLC, | ) ) ) ) | |
| Petitioners, | ) ) | |
| | ) | No. 25-1144 |
| v. | ) ) | |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) | |
| Respondent. | ) ) | |

## PETITIONERS' NONBINDING STATEMENT OF ISSUES

Petitioners Salsa Solar Energy, LLC and Towner Wind Energy III, LLC hereby submit this Nonbinding Statement of Issues to be raised in their appeal of the Federal Energy Regulatory Commission's ("FERC's") Orders denying Petitioners' complaint alleging that the Public Service Company of Colorado ("PSCo") is unlawfully hoarding capacity on the Colorado Power Pathway and Petitioners' request for rehearing of that denial decision.

1. The challenged FERC Orders are arbitrary, capricious, unlawful, an abuse of discretion and/or unsupported by substantial record evidence in violation of the Administrative Procedure Act (APA), 5 U.S.C. § 706, including because:

a. FERC departed from its longstanding native load priority rules and policies (including the Commission's "comparability principle"), as set forth in FERC Order No. 888 and PSCo's Tariff among other Commission rules, orders, decisions, and policies, without a reasoned explanation;

b. FERC violated its own precedent, including *APS v. Idaho Power Co.*, 87 FERC ¶ 61,303, *order on reh'g*, 89 FERC ¶ 61,061(1999), *order granting clarification*, 91 FERC ¶ 61,059 (2000);

c. The Orders adopted a new native load priority rule without notice and comment rulemaking in violation of the APA;

d. FERC wrongly held that PSCo has priority transmission rights over CORE Electric Cooperative;

e. FERC ignored record evidence that PSCo's interconnection study assumptions violate queue priority rules; and

f. FERC's determination that PSCo's reservation of 4,050 megawatts of transmission capacity on the Colorado Power Pathway is consistent with FERC precedent was not the product of reasoned decision-making and is inconsistent with the record evidence.

2. FERC's Orders violate the Federal Power Act, 16 U.S.C. § 824e and 16 U.S.C. § 824q, including because PSCo unduly discriminated against CORE

Electric Cooperative, a load-serving network customer of PSCo, when it reserved transmission capacity on the Colorado Power Pathway for itself without designating network resources to serve existing native load;

3. FERC's Orders violate the Supremacy Clause of the U.S. Constitution because FERC deferred to state policy determinations that were inconsistent with PSCo's obligations under the FPA.

Respectfully submitted,

/s/ Amanda Shafer Berman
Amanda Shafer Berman
Tyler A. O'Connor
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
aberman@crowell.com

*Counsel for Petitioners*

Dated: July 17, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.


/s/ Amanda Shafer Berman
Amanda Shafer Berman


Dated:  July 17, 2025